**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY OMAR DELGADO RAMIREZ,<br>Petitioner,<br><br>v.<br><br>J.L. JAMISON, *et al.*,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:25-cv-07262-JLS |

**ORDER**

**AND NOW**, this 4th day of November, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No.7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.